# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00145 |
| | ) | Judge Trauger |
| MICHAEL JOHNSON | ) | |
| | ) | |

## O R D E R

The court is in receipt of a letter from defendant Michael Johnson dated April 9, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

The defendant's new counsel should contact attorney Michael Flanagan in order to secure from him the requested items. If those efforts fail, new counsel for Mr. Johnson should file an appropriate motion with this court, requesting that Mr. Flanagan be ordered to furnish these items to new counsel.

It is so **ORDERED.**

Enter this 12th day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge