## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:10-00145 |
| ) | Judge Trauger |
| MICHAEL JOHNSON ) | |
| ) | |

### O R D E R

It is hereby **ORDERED** that the Court Reporter shall prepare a transcript of the status conference held before this court June 2, 2011 (Docket No. 75) and mail it to the defendant where he is presently housed.

It is so **ORDERED.**

Enter this 8th day of November 2013.

_____
ALETA A. TRAUGER
United States District Judge